IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DEC 15 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 20-CR-30077 |
| | ) Title 18, United States Code, Sections |
| | ) 2251(a); 2252A(a)(2) and (b); 2422(b); |
| | ) 2423(b); 2425; 2253 and 2428. |
| EVAN TAYLOR, | ) |
| Defendant. | ) |

**INDICTMENT**

**COUNT ONE**
(Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES:**

On or between August, 2018 and May 26, 2020, in Sangamon County, within the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, did employ, use, persuade, induce, entice, and coerce MINOR VICTIM ONE, to engage in sexually explicit conduct for the purpose of producing any visual depiction, in this case image "2020-05-26", of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce; and the visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

1

**COUNT TWO**
(Sexual Exploitation of a Child)

On or between August, 2018 and May 26, 2020, in Sangamon County, within the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, did employ, use, persuade, induce, entice, and coerce MINOR VICTIM ONE, to engage in sexually explicit conduct for the purpose of producing any visual depiction, in this case image "2020-05-26 (3)", of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce; and the visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT THREE**
(Sexual Exploitation of a Child)

On or between August, 2018 and May 26, 2020, in Sangamon County, within the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, did employ, use, persuade, induce, entice, and coerce MINOR VICTIM ONE, to engage in sexually explicit conduct for the purpose of producing any visual depiction, in this case image "2020-05-26 (7)" of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce; and the visual depiction was

transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR
(Sexual Exploitation of a Child)

On or between August, 2018 and May 26, 2020, in Sangamon County, within the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, did employ, use, persuade, induce, entice, and coerce MINOR VICTIM ONE, to engage in sexually explicit conduct for the purpose of producing any visual depiction, in this case image "2020-05-26 (9)", of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce; and the visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE
(Distribution of Child Pornography)

On or about May 26, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions, in this case image "2020-05-26_2", of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility of interstate and

foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

### COUNT SIX
(Distribution of Child Pornography)

On or about May 26, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions, in this case image "2020-05-26_1", of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

### COUNT SEVEN
(Distribution of Child Pornography)

On or about May 26, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR**,

the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions, in this case image "2020-05-26_4", of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility of interstate and

foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT EIGHT
(Distribution of Child Pornography)

One or about May 26, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR,**

the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions, in this case image "2020-05-26_5", of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT NINE
(Sexual Exploitation of a Child)

On or between March 2020 and May 31, 2020, within the Central District of Illinois, and elsewhere,

**EVAN TAYLOR,**

the defendant, did employ, use, persuade, induce, entice, and coerce MINOR VICTIM TWO, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of

5

interstate and foreign commerce; and the visual depiction was transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

### COUNT TEN
(Distribution of Child Pornography)

On or about May 20, 2020, in the Central District of Illinois, and elsewhere,

### EVAN TAYLOR,

the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions, in this case image " 976aecc7-b21d-dac2-4560-e5f4c1c60347", of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

### COUNT ELEVEN
(Distribution of Child Pornography)

On or about May 20, 2020, in the Central District of Illinois, and elsewhere,

### EVAN TAYLOR,

the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions, in this case image "36c426fa-f060-60ec-2da5-3684ea3d65ea",  of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility

of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT TWELVE
(Travel with Intent to Engage in Illicit Sexual Activity)

On or between May 30, 2020 and May 31, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR,**

the defendant, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM TWO.

All in violation of 18 U.S.C. § 2423(b).

## COUNT THIRTEEN
(Enticement of a Minor)

On or about April 4, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR,**

the defendant, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOURTEEN
(Receipt of Child Pornography)

On or about April 4, 2020, within the Central District of Illinois,

**EVAN TAYLOR,**

the defendant, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including visual depictions of minors engaged in sexually explicit conduct, said child pornography having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT FIFTEEN
(Use of Interstate Facilities to Attempt to Transmit Information About a Minor)

On or about April 4, 2020, in the Central District of Illinois, and elsewhere,

**EVAN TAYLOR,**

the defendant, knowingly used a facility and means of interstate commerce, the Internet and a cellular telephone, with the intent to transmit the name and address of another individual who had not attained the age of sixteen, and the defendant did so with the intent to attempt to entice, encourage, offer, and solicit that person to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Section 2425.

# FORFEITURE NOTICE

1.  The charges contained in Counts One through Fifteen are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2.  For his engagement in the violations alleged in Counts One through Fifteen

**EVAN TAYLOR,**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

   a.  Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Fifteen of this Indictment;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Fifteen of this Indictment; and

   c.  Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Fifteen of this Indictment.

3.  The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment,

printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- A gold in color iPhone XR, IMEI 353066107654323
- Samsung SMG-930A, IMEA 357425074416783
- Pink underwear with black trim
- Gray bra
- White thong underwear, with cherries, Victoria Secret, size Large
- Pink Bra, size 34a
- Pink, green, and multi-colored horizontal striped underwear, size 14/16

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL,

s/ Foreperson

_____
FOREPERSON

s/ Tanner K. Jacobs

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
TKJ