E-FILED
Monday, 11 January, 2021  02:17:30 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| **vs.** | **)** | **NO.  20-cr-30077** |
| | **)** | |
| **EVAN TAYLOR,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## <u>MOTION TO CONTINUE</u>

**NOW COMES** Defendant, **EVAN TAYLOR,** by and through his attorneys,

ELMORE & REID, and for his Motion to Continue states as follows:

1.      This matter is set before this Honorable Court for an Initial Pretrial

Conference on January 15, 2021, at 3:00 p.m. and for Trial on February 2, 2021, at 9:00

a.m.

2.      The discovery in this matter is ongoing and counsel for Defendant will

review the discovery as he receives that discovery from the Government and needs

additional time to receive and review the discovery in its entirety.

3.      Counsel for the Defendant has consulted with Assistant United States

Attorney Tanner Jacobs, representing the Government, and he has no objection to a

continuance of this matter.

4.      This continuance is not being sought for the purpose of delay but in the

interest of justice.

**WHEREFORE**, Defendant, **EVAN TAYLOR**, prays this Court continue the Initial

Pretrial Conference scheduled on January 15, 2021, at 3:00 p.m. and Trial on February 2,

2021, at 9:00 a.m. to some other specific date to be determined by this Court in excess of

at least sixty (60) days and for such other and further relief as this Court deems just and

equitable.

                                        **EVAN TAYLOR, Defendant**
                              BY:    s/ James E. Elmore
                                     James E. Elmore
                                     Attorney For Defendant
                                     ELMORE & REID
                                     808 South Second Street
                                     Springfield, IL   62704
                                     Telephone:   217/523-2340
                                     Fax:          217/523-2549


                        **CERTIFICATE OF SERVICE**

         I hereby certify that on January 11, 2021, I electronically filed the foregoing
document with the Clerk of the Court, using the CM/ECF system, which will send
notification of such filing to the following:

         Mr. Tanner Jacobs
         Assistant U.S. Attorney
         Central District of Illinois
         318 South 6th Street
         Springfield, IL   62701

and I hereby certify that on January 11, 2021, I have mailed by United States Postal
Service, the foregoing document to the following non-CM/ECF participant(s):

         Mr. Evan Taylor

                                 s/ James E. Elmore
                                 James E. Elmore
                                 Attorney For Defendant
                                 ELMORE & REID
                                 808 South Second Street
                                 Springfield, IL   62704
                                 Telephone:   217/523-2340
                                 Fax:          217/523-2549
                                 E-mail:    **elmoreandreid@sbcglobal.net**