IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  20-cr-30077 |
| | ) | |
| EVAN TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

**NOW COMES** Defendant, **EVAN TAYLOR,** by and through his attorneys, ELMORE & REID, and for his Motion to Continue states as follows:

1. This matter is set before this Honorable Court for an initial pretrial conference on May 14, 2021, at 3:00 p.m. and for jury trial on June 1, 2021, at 9:00 a.m.

2. The discovery in this matter is voluminous and counsel for Defendant is in the process of reviewing that discovery from the Government and needs additional time to review the discovery in its entirety.

3. In addition, plea negotiations are ongoing.

4. Counsel for the Defendant has consulted with Assistant United States Attorney Tanner Jacobs, representing the Government, and he has no objection to a continuance of this matter.

5. This continuance is not being sought for the purpose of delay but in the interest of justice.

**WHEREFORE**, Defendant, **EVAN TAYLOR**, prays this Court continue the initial pretrial conference scheduled on May 14, 2021, at 3:00 p.m. and jury trial on June 1, 2021, at 9:00 a.m. to some other specific date to be determined by this Court for a period

of at least forty-five (45) days and for such other and further relief as this Court deems just and equitable.

                        **EVAN TAYLOR, Defendant**
BY:   s/ James E. Elmore
        James E. Elmore
        Attorney For Defendant
        ELMORE & REID
        808 South Second Street
        Springfield, IL   62704
        Telephone:   217/523-2340
        Fax:             217/523-2549

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Tanner Jacobs
Assistant U.S. Attorney
Central District of Illinois
318 South 6th Street
Springfield, IL   62701

and I hereby certify that on May 12, 2021, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

Mr. Evan Taylor

        s/ James E. Elmore
        James E. Elmore
        Attorney For Defendant
        ELMORE & REID
        808 South Second Street
        Springfield, IL   62704
        Telephone:   217/523-2340
        Fax:             217/523-2549
        E-mail:   **elmoreandreid@sbcglobal.net**