UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:20-CR-30077 |
| EVAN TAYLOR, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE PRETRIAL CONFERENCE, AND TRIAL DATE

Defendant Evan Taylor, by and through his attorney Thomas W. Patton of the Federal Public Defender's Office for the Central District of Illinois and moves this Court to enter an order extending for at least 30 days the pretrial conference date, and the trial date. The pretrial conference is scheduled for November 22, 2023 at 9:00 a.m. and the trial date is December 5, 2023. In support of this motion, Defendant states:

1. Mr. Taylor was arraigned on December 21, 2020. He is currently detained.

2. Defense counsel intends to schedule a change of plea hearing for Mr. Taylor, but needs to communicate with the client more before filing.

3. The government, through AUSA Tanner Jacobs, does not object to this motion.

4. The ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § Section 3161(h)(7)(A).

WHEREFORE, Defendant requests the entry of an Order continuing the final pretrial conference and trial for at least 30 days.

        Respectfully submitted,

        EVAN TAYLOR, Defendant,

By: s/ Thomas W. Patton
    Federal Public Defender
    401 Main St., Ste. 1500
    Peoria, IL 61602
    Telephone: (309) 671-7891
    Fax: (309) 671-7898
    E-mail: thomas_patton@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tanner Jacobs
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

                              /s/ Thomas W. Patton
                              Attorney for the Defendant