UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 20-CR-30077

EVAN TAYLOR,

        Defendant.

## MOTION TO SCHEDULE CHANGE OF PLEA HEARING

NOW COMES the Defendant, EVAN TAYLOR, by his attorney, and moves this Honorable Court to schedule this cause for a change of plea hearing, and in support thereof, respectfully states as follows:

1.    This cause is scheduled for a status hearing on January 10, 2024, at 2:15 p.m., and for jury trial on February 6, 2024.

2.    The Defendant is in custody at the Macon County Jail in Decatur, Illinois.

3.    The Defendant has instructed undersigned counsel to motion the Court for a change of plea hearing. The Defendant will be entering an open plea to all counts of the indictment.

4.     The Defendant consents to United States Magistrate Judge jurisdiction for the change of plea hearing.

WHEREFORE, the Defendant, EVAN TAYLOR, prays this Honorable Court to schedule this cause for a change of plea hearing.

Respectfully submitted,

November 27, 2023                    EVAN TAYLOR, Defendant,

                        By:     s/Thomas W. Patton
                                Federal Public Defender
                                401 Main Street, Ste 1500
                                Peoria, IL 61602
                                Phone: (309) 671-7891
                                Facsimile: (309) 671-7898
                                E-mail: thomas_patton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The parties may access this filing through the Court's system.

*s/ Thomas W. Patton*